## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE LUIS SANTIAGO,                        :
    Plaintiff,                             :
                                           :
    v.                                     :       **CIVIL ACTION NO. 25-CV-6816**
                                           :
CITY OF PHILADELPHIA, *et al.*,            :
    Defendants.                            :

## ORDER

AND NOW, this 11th day of February, 2026, upon consideration of Plaintiff Jose Luis Santiago's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE**.

    b. All state law claims are **DISMISSED** for lack of subject matter jurisdiction. This dismissal is without prejudice, so Santiago can file these claims in the appropriate state court if he chooses to do so. The Court expresses no opinion on the merits of any such lawsuit.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**
**GERALD A. MCHUGH, J.**